M. P. No. 853. JAMES HESTER *et ux. v.* ZONING BOARD OF REVIEW OF TOWN OF SOUTH KINGSTOWN. Show Cause Order in form and substance same as M. P. 627 above. *Smith & Smith,* for petitioner. *William H. Leslie,* Town Solicitor, for respondent.

October 21, 1969.

M. P. No. 819. GERALDINE KENYON *v.* LINTON W. KENYON. Respondent's petition for writ of certiorari denied. *John P. Toscano, Jr.,* for petitioner. *Robert R. Afflick,* for respondent.

M. P. No. 836. RALPH T. CULLEN, *individually and as Tax Assessor-Building Inspector of Town of Smithfield v.* CARL B. ADLER, *et al. individually and as President and Members of Smithfield Town Council.* Petitioner's motion for leave to file petition for writ of certiorari granted without prejudice to right of respondents to renew objection thereto at hearing on the merits. Respondents' motion to supersede and dismiss petitioner's motion denied without prejudice. *F. Monroe Allen, Carl B. Lisa,* for petitioner. *John H. Hines, Jr.,* Town Solicitor, for respondents.